ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendants*
*Walmart Inc. & Walmart Associates, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILU ARELLANO ESPINOZA, an individual | Case No.: 2:20-cv-00740-GMN-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WALMART, INC.; WALMART ASSOCIATES, INC.; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

party's own costs and attorney's fees.

DATED this 7th day of November 2021.

**ATKINSON WATKINS & HOFFMANN, LLP**

_____
JOHN F. BEMIS, ESQ.
Nevada Bar No. 9509
TYLER CRAWFORD, ESQ.
Nevada Bar No. 10559
ATKINSON WATKINS & HOFFMAN, LLP
10789 W, Twain Ave, Suite 100
Las Vegas, NV 89135

*Attorneys for Plaintiff*
*Marilu Arellano Espinoza*

DATED this 10 day of November 2021.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11411
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth St.
Las Vegas, NV 89101

*Attorneys for Defendant*
*Walmart Inc. & Walmart Associates, Inc.*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this 12 day of November, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT